# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANDRE PICARD, )
)
*Plaintiff* )
v. )  Civil Action No.  2:20-CV-0427-TOR
)
)
COLVILLE TRIBAL CORRECTIONAL FACILITY, )
COLVILLE TRIBAL JAIL, et al.,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Petition for Writ of Habeas Corpus is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice


Date:  February 26, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen